**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-4245**

───────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

NORMA FAYE CANIPE, a/k/a Norma Pritt, a/k/a
Lora Pritt, a/k/a Norma Brown, a/k/a Laura
Pritt,

                                    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  Charles H. Haden II,
District Judge. (CR-02-130)

───────────────

Submitted:  October 24, 2003        Decided:  February 10, 2004

───────────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

David O. Schles, STOWERS & ASSOCIATES, Charleston, West Virginia,
for Appellant.  Kasey Warner, United States Attorney, Susan M.
Arnold, Assistant United States Attorney, Charleston, West
Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norma Faye Canipe appeals her 175-month sentence pursuant to her guilty plea to aiding and abetting wire fraud, in violation of 18 U.S.C. §§ 2, 1343 (2000), and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (2000). On appeal, Canipe asserts the district court erred in denying her a downward adjustment to her offense level for acceptance of responsibility. A district court's determination of whether a defendant is entitled to an adjustment for acceptance of responsibility is factual, and is reviewed for clear error. United States v. Ruhe, 191 F.3d 376, 388 (4th Cir. 1999). Canipe's claim is meritless. Canipe's false statements to investigating authorities preclude a finding that the district court erred by failing to grant Canipe an adjustment for acceptance of responsibility. U.S. Sentencing Guidelines Manual § 3E1.1(a)-(b) (2002).

Accordingly, we affirm Canipe's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

AFFIRMED